UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                Case No. 19-20498

vs.

                                Paul D. Borman

D-1 ALEX ALBERT CASTRO,       United States District Judge

       Defendant.

_____/

## ORDER TERMINATING LEARNED COUNSEL SERVICES APPOINTMENT

On February 19, 2021 the government filed a notice with the Court that the death penalty will not be sought for Defendant Alex Albert Castro. Nathan Dale Chambers serves as learned counsel in this case for this defendant. The purpose of Attorney Chambers' appointment as learned counsel has been achieved and the court now terminates his appointment. The Court thanks him for his able service. Furthermore, the hourly rate for local counsel Michael Rataj will be reduced as this is no longer a death penalty case for this defendant. All billing for learned counsel and supporting experts and staff services should end on February 22, 2021.

       IT IS SO ORDERED.

Dated: February 22, 2021                      s/Paul D. Borman
                                                       Paul D. Borman
                                                       United States District Judge