UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

vs.

D-1, Alex Albert Castro,

    Defendant.

                                 Criminal No. 19-20498

                                 Hon. Paul D. Borman

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF FIRST SUPERSEDING INDICTMENT

    I, Alex Albert Castro, defendant in this case, hereby acknowledge that I have received a copy of the First Superseding Indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:    Mandatory life imprisonment and up to a $250,000 fine
Count 2:    Imprisonment for any term of years or for life and up to a $250,000 fine.
Counts 3,4,5:    Imprisonment up to 20 years and up to a $250,000 fine.

    I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

*[signature: Alex Albert Castro]* w/ CONSENT
MAR
Alex Albert Castro
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Michael A. Rataj
Counsel for Defendant

Dated: 4-1-21