UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                          Case No. 2:19–cr–20498–PDB–DRG
                                                 Hon. Paul D. Borman

Alex Albert Castro, et al.,

                    Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Paul D. Borman as follows:

    Plaintiff(s) attorneys are hereby notified to participate as well as the defense attorney(s) for: Alex Albert Castro, Jason Dale Kechego

- STATUS CONFERENCE:  February 28, 2022 at 03:30 PM

    The conference shall be initiated by .

    If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:**    This is for attorneys only.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/D Tofil
                                                            Case Manager

Dated:  February 25, 2022