UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEX CASTRO, D1
JASON KECHEGO, D2,

    Defendants.
_____/

Case No. 19-cr-20498
District Judge Paul D. Borman

**ORDER RESOLVING OUTSTANDING DISCOVERY AND TRIAL ISSUES AFTER IN-PERSON COURT HEARING ON MARCH 10, 2022**

(1) The Court adopts the parties' finalized stipulated supplemental juror questionnaire, with one deletion: Question No. 65 that is covered by Question No. 64. The Court requires the parties to send a corrected copy of the Questionnaire, that also includes Court and trial dates, to the Court by March 22, 2022.

(2) The Court adopts the Government's, three-business-days prior to trial turnover to Defendants, of the identities of the two testifying inmate witnesses, and one grand jury transcript.

(3) The Court notes that the Government has agreed to turn over on this week of March 15, 2022, pursuant to an "attorney eyes only" restriction, the identities of the 11 non-testifying inmate witnesses in the turned-over FBI 302s.

1

(4) If the Defendants or the Government want the Court to read a brief single-paragraph defense and/or prosecution theory to the jury during the Voir Dire, provide it to the Court three days before trial.

(5) The Court will seat 16 jurors. The parties will inform the Court, prior to jury selection, whether the last four jurors, seated in numbers 13, 14, 15 and 16, will be alternates, per Fed. R. Crim. P. 24(c), or whether all parties agree to the Judge's Deputy Clerk drawing the four alternate jurors' numbers out of a box containing all 16 jurors' numbers at the conclusion of the final argument.

(6) The trial will begin on Tuesday, June 21, 2022, with full day(s) jury selection--9:00 a.m. until 4:00 p.m. Thereafter, trial will be Monday through Friday from 9:00 a.m. to 2:30 p.m. There will be no trial on July 1, 2022 and July 5, 2022. The trial will last up to four weeks. During final argument and jury deliberations, the trial will resume full day hours, 9:00 a.m. until 4:00 p.m.

(7) By June 1, 2022, the parties will provide the Court with a redacted Indictment, given that Defendant Adam Wright is no longer in the case.

SO ORDERED.

DATED: March 17, 2022

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE