UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 19-cr-20498
                                              District Judge Paul D. Borman

ALEX CASTRO, D1
JASON KECHEGO, D2,

    Defendants.
_____/

## ORDER SUPPLEMENTING MARCH 17, 2022 ORDER (ECF NO. 173) REGARDING TRIAL ISSUES

(1)     The restricted "attorney eyes only" discovery has been implemented.

(2)     Defendant Jason Kechego, who has been previously provided a Rule 11 Plea Agreement proposal, will appear in Court at 4:00 p.m. on Monday, March 21, 2022, to respond as to whether he will accept/reject it.

(3)     The Government stated that it will provide a Rule 11 plea offer to Defendant Alex Castro during the week of March 21, 2022. Soon thereafter, the Court will schedule an in-person final pretrial hearing to place the offer on the record and the Defendant's response.

(4)     After consultation, the U.S. Marshall has indicated that he will work to provide expedited transportation of out-of-state defense trial witness prisoners to this District.

(5)     The Court will, as necessary to provide effective assistance of counsel, approve defense requests for additional funding for defense investigations of out-of-state potential prisoner defense witnesses.

(6)     The trial will begin on June 21, 2022 with jury selection. If, by June 20, 2022, Defendants request an adjournment to further prepare for the trial, the Court will adjourn the evidentiary phase to Wednesday, July 6, 2022.

SO ORDERED.

DATED: March 18, 2022            s/Paul D. Borman
                                 PAUL D. BORMAN
                                 UNITED STATES DISTRICT JUDGE