UNITED STATES DISTRICT COURT
EASTERN DISTIRCT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,              Case No. 19-20498

v.                                  Hon. Paul D. Borman

ALEX CASTRO AND
JASON KECHEGO,
        Defendants.

_____

## DEFENDANTS' JOINT RESPONSE TO GOVERNMENT'S MOTION IN LIMINE TO LIMIT THE SCOPE OF IMPEACHMENT OF THE GOVERNMENT'S WITNESSES BY EVIDENCE OF A CRIMINAL CONVICTION UNDER RULE 609

Like the government's prior motion concerning Christian Maire, the government's Rule 609 motion is an attempt to have this case tried in a vacuum. The fact of the matter is that Michael Figura's and Craig Evans's status as "Chomos" is relevant to the Defendant's motives and state of mind. It also provides context to the crimes alleged. Accordingly, Defendants incorporate by reference the arguments set forth in their response brief to the government's attempt to preclude Defendant's from eliciting evidence of Christian Maire's background and prior bad acts. See R. 189.

As for potential witness Joseph Rafael, the government's motion is premature. At this point, the defense does not know if Joseph Rafael received any

benefits from the government for his testimony at trial. If indeed Joseph Rafael agreed to cooperate and received some benefit from his testimony, inquiry into Joseph Rafael's background and prior bad acts would be fair game.

          Respectfully submitted,

          *s/ Michael A. Rataj*
          MICHAEL A. RATAJ (P43004)
          Attorney for Alex Castro
          500 Griswold Street
          2450 Guardian Building
          Detroit, MI 48226
          (313) 963-4529
          ratajmi@aol.com

          *s/ Henry M. Scharg*
          HENRY M. SCHARG
          Attorney for Jason Kechego
          30445 Northwestern Hwy., Suite 225
          Farmington Hills, MI 48334
          (248) 596-1111
          hmsattyatlaw@aol.com

Dated: May 17, 2022

## **Certificate of Service**

      I hereby certify that on May 17, 2022, I electronically filed the foregoing Defendant's Joint Response to Government's Motion in Limine to Limit the Scope of Impeachment of the Government's Witnesses by Evidence of a Criminal Conviction Under Rule 609, with the Clerk of the Court using the ECF system, which gives notification to all attorney's of record.

                                    Respectfully submitted,

                                    *s/ Michael A. Rataj*
                                    MICHAEL A. RATAJ (P43004)