UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                          Case No. 2:19−cr−20498−PDB−DRG
                                                Hon. Paul D. Borman

Alex Albert Castro, et al.,

           Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Alex Castro, Jason Kechego

The defendant(s) shall appear before District Judge Paul D. Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: June 13, 2022 at 11:00 AM

**ADDITIONAL INFORMATION:** Attorneys only status conference regarding juror questionnaires

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/D Tofil
                                              Case Manager

Dated: June 7, 2022