UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

v.                                Case No. 19-20498
                                     Hon. Paul D. Borman

**ALEX CASTRO AND
JASON KECHEGO,**

          **Defendants.**

---

## DEFENDANTS' JOINT OBJECTION TO THE GOVERNMENT'S PROPOSED EXHIBITS 101, 104, 135, 137, 143, 149, 150, 158, 160, 164-166 AND 171 (AUTOPSY PHOTOS)

Defendants Alex Castro and Jason Kechego object to the Government's proposed Exhibits 101, 104, 135, 137, 143, 149, 150, 158, 160, 164-166 and 171. The Exhibits are the autopsy photos for Christian Maire.

First, the autopsy photos are not relevant under F.R.E. 401. As the Court is acutely aware, evidence is relevant if it has any tendency to make a fact more or less probable than it would be without the evidence and the fact is of consequence in determining the action.

The defense is not disputing the cause and manner of death. The defense concedes that Christian Maire received multiple stab wounds that were fatal. The defense further concedes that Christian Maire received blunt

force trauma to the head. As such, the autopsy photos have no relevance. Moreover, on June 6, 2022, the Government finally produced the schematic drawings of the autopsy. The Medical Examiner can easily and effectively testify by referring to the schematic drawings during his testimony.

Secondly, the Government's anticipated use of the autopsy photos is only designed to inflame the passions of the jury. To be sure, the autopsy photos are clearly more prejudicial than probative. *See* F.R.E. 403. The Government's proposed Exhibits 158, 160, 164, 165, 166 and 170 are photos of Christian Maire with his skin pulled back exposing his muscle tissue or with incisions made by the Medical Examiner.

All of the above cited proposed Exhibits depict Christian Maire during the autopsy process. The bottom-line is that these photos depicting Christian Maire during the autopsy process were done by the Medical Examiner, not by the Defendants. The Government's proposed use of the autopsy photos are simply designed to prejudice the jury against the Defendants.

Respectfully submitted:

*/s/ Michael A. Rataj*
Attorney for Alex Castro
500 Griswold St., Suite 2450
Detroit, MI 48226
313.963.4529
E-mail: ratajmi@aol.com

and

2

*/s/ Henry M. Scharg*
Attorney for Jason Kechego
30445 Northwestern Hwy
Farmington Hills, MI 48226
248.596.1111
E-mail: hmsattyatlaw@aol.com

Dated: June 10, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, I sent the foregoing paper via email to Judge Borman's chambers and to AUSAs Frances Carlson and Andrew Picek.

*/s/ Michael A. Rataj*
Michael A. Rataj