UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-1 ALEX ALBERT CASTRO and
D-2 JASON DALE KECHEGO,

        Defendants.
_____/

Case No. 19-20498

Paul D. Borman
United States District Judge

ORDER REGARDING SUBMISSION OF WITNESS LISTS

Each party shall submit directly to Judge Borman's chambers[1] by today, Tuesday, June 14, 2022 at 5:00 PM: a list of witnesses by name, and agency if appropriate, whom it anticipates it will (or may) call to testify, noting the approximate amount of time for direct examination of each witness. The list should be broken up into two categories: "will call" and "may call."

SO ORDERED.

Dated: June 14, 2022

s/Paul D. Borman
Paul D. Borman
United States District Judge

---

1 Deborah_Tofil@mied.uscourts.gov