UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 19-20498
    Hon. Paul D. Borman

D-1 ALEX ALBERT CASTRO,
D-2 JASON DALE KECHEGO

    Defendants.

_____

### ORDER RE DEFENDANT KECHEGO'S REQUEST TO HAVE FAMILY PRESENT IN THE COURTROOM ON THE FIRST DAY OF TRIAL

The Court will provide four seats for Defendant Kechego's request for his family to be present at the opening day of the trial. The four seats will be in the third row behind the defendants.

The family members' clothing must not contain messages, words, pictures or symbols.

The defendants' attorneys may not introduce the family members to the jury.

IT IS SO ORDERED.

Hon. Paul D. Borman
United States District Judge

Entered: 6-30-2022